UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F00-0028--CR (HRH)
"USA V MARVIN LAMAR WRIGHT"
DEF 1.1 MARVIN LAMAR WRIGHT

Including terminated defendants, excluding terminated counsel

```
        Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
       Magistrate Judge:  The Honorable Joseph W. Miller, U.S. Magistrate Judge
                 Filed:  08/16/00
                Closed:  04/24/01
     No. of Defendants:  1
        MJ Case Number:
                   AKA:
       Location status:  U.S. Custody
            Trial date:
            Terminated:  YES
      Needs interpreter:  NO
      Counsel of record:  Scott A. Sterling
                          Sterling & DeArmond PC
                          851 E. Westpoint Drive
                          Suite 201
                          Wasilla, AK 99654
                          907-376-8076
                          FAX 907-376-8078
                          Serve: YES
                           Type: CJA
                           Role: 2255 Motion


      PLF 1.1 UNITED STATES OF AMERICA

      Counsel of record:  Stephen Cooper
                          U.S. Attorney's Office
                          101 12th Avenue, Box 2
                          Fairbanks, AK 99701
                          907-456-0245
                          FAX 907-456-0577
                          Serve: YES
                           Type: Not specified
                           Role: Pretrial/Trial
```

Counts re: DEF 1.1 MARVIN LAMAR WRIGHT

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:841A POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Sentenced (49-1) |
| 1 -  1 IND | 2 | 18:924C POSSESSION OF FIREARMS IN FURTHERANCE OF DRUG TRAFFICKING CRIME (F) | Dismissed (49-1) |
| 1 -  1 IND | 3 | 18:922G Convicted Felon in Possession of Firearm (F) | Sentenced (49-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F00-0028--CR (HRH)
"USA V MARVIN LAMAR WRIGHT"

For all filing dates

Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge:  The Honorable Joseph W. Miller, U.S. Magistrate Judge
                Filed: 08/16/00
               Closed: 04/24/01
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/16/00 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 08/17/00 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 08/17/00 | [Re: DEF 1] AHB Grand Jury Minutes re: indictment, WOA issued, no bail. |
| 3 - 1 | 08/25/00 | [Re: DEF 1] PLF 1 Petition for Writ of H/C Ad Prosequendem. |
| NOTE - 2 | 09/07/00 | Issued: Writ of Habeas Corpus Ad Prosequendum. |
| 4 - 1 | 09/07/00 | [Re: DEF 1] TEF Order for issuance of writ of habeas corpus ad prosequendum.  cc:USA,USM,FPO,FPD. |
| 5 - 1 | 09/07/00 | [Re: DEF 1] TEF Minute Order re: arraignment scheduled at 9/7/00 at 2:00 p.m. cc:USA,USM,FPO,FPD. |
| 6 - 1 | 09/08/00 | DEF 1 Financial Affidavit. |
| 7 - 1 | 09/08/00 | [Re: DEF 1] TEF Order of Detention Pending hearing.  cc:USA,USM,FPO,FPD. |
| 8 - 1 | 09/08/00 | [Re: DEF 1] TEF Order regarding preparation for trial. cc:USA,USM,FPO,FPD. |
| 9 - 1 | 09/12/00 | [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] re: arraignment held 9/8/00, FPD appointed, def plead not guilty to cts 1,2, and 3 of indictment.  Detention hrg set for 9/15/00 at 2:30 p.m.  Counsel advised of TBJ date, 11/6/00 before HRH.  cc:USA,USM,FPO,FPD. |
| NOTE - 3 | 09/13/00 | Issued: Speedy Trial memo. |
| 10 - 1 | 09/15/00 | [Re: DEF 1] PLF 1 Report re: disc conference held 09/08/00. |
| 11 - 1 | 09/18/00 | [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] re: Detention hrg held 9/15/00, def does not contest detention at this time, def remanded to USMS. cc:USA,USM,FPO,FPD. |
| 12 - 1 | 09/18/00 | [Re: DEF 1] TEF Order of Detention Pending Trial cc:USA,USM,FPO,FPD. |
| 13 - 1 | 09/20/00 | [Re: DEF 1] HRH Minute Order setting trial by jury for 11/6/00 at 9 am. cc: USA, USM, PO, FPD, Fairbanks Clerk, MJ Fenton |
| 14 - 1 | 10/04/00 | DEF 1 motion for extension of time to file pretrial motions w/att aff. |
| 14 - 2 | 10/04/00 | DEF 1 motion on shortened time re: motion for extension of time to file pretrial motions w/att aff. |
| 15 - 1 | 10/06/00 | [Re: DEF 1] TEF Order granting motion for extension of time to file pretrial motions (14-1), motion on shortened time re: motion for extension of time to file pretrial motions (14-2).  Pretrial motions are due close of business 10/12/00. cc: Cooper, Tatter, PO, USM |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F00-0028--CR (HRH)
                          "USA V MARVIN LAMAR WRIGHT"
```

---

                                For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|

16 -   1  10/12/00   DEF 1 motion to suppress evidence or for an evidentiary hearing w/att
                     memo & exh.

17 -   1  10/17/00   [Re: DEF 1] TEF Minute Order finding excludable delay of 2 days re:
                     Motion for extension of time for pretrial motions. cc: USA, FPD, PO, USM

18 -   1  10/19/00   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence or for
                     an evidentiary hearing w/att memo & exh (16-1).

19 -   1  10/20/00   [Re: DEF 1] TEF Minute Order setting evidentiary hearing for 10/25/00 at
                     1:30 p.m. cc: USA, Tatter, PO,USM

20 -   1  10/26/00   DEF 1 Notice of additional authority re: DEF 1 motion to suppress
                     evidence or for an evidentiary hearing (16-1)

21 -   1  10/26/00   [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] re: Evidentiary hrg held
                     10/25/00, court continued hrg to 10/27/00 at 2:30 p.m.
                     cc:USA,USM,FPO,FPD.

22 -   1  10/30/00   Initial R&R re: DEF 1 motion to suppress evidence or for an evidentiary
                     hearing w/att memo & exh. (16-1). Objections due 11/01/00. cc: USA
                     Cooper, Tatter, PO, USM, Judge Holland

23 -   1  10/30/00   DEF 1 Proposed Jury Instructions.

24 -   1  10/30/00   DEF 1 Proposed Voir Dire.

25 -   1  10/30/00   DEF 1 motion to continue trial w/att aff.

26 -   1  10/30/00   [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] re: continued evidentiary
                     hrg held 10/27/00, court takes matter under advisement and will issue
                     initial report and recommendation.  cc:USA,USM,FPO,FPD.

27 -   1  10/31/00   [Re: DEF 1] HRH Minute Order setting hearing on mot to continue (#25)
                     for 11/1/00 at 4:00. cc: USA, USM, PTS, FPD

28 -   1  10/31/00   [Re: DEF 1] PLF 1 (Requested) Jury Instructions.

29 -   1  10/31/00   [Re: DEF 1] PLF 1 (Requested) Voir Dire examination of jurors.

30 -   1  11/01/00   DEF 1 objection to R&R re: DEF 1 motion to suppress evidence or for an
                     evidentiary hearing (16-1).

31 -   1  11/02/00   [Re: DEF 1] HRH Order granting motion to continue trial (25-1); TBJ
                     11/6/00 vacated & reset for January 29, 2001, in Fairbanks; motions to
                     be filed by 11/13/00. cc: USA, USM, PTS, FPD, JC, MJ Fenton

32 -   1  11/02/00   [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] re Hrg on motion to
                     continue (#25)(Held 11/1/00); crt granted def's motion to continue
                     trial; TBJ continued to 1/29/01 at 9:00 a.m.; any further motion due
                     w/in the next 10 days. cc: USA, FPD, USM, USPO, MJ Fenton, Mike, Ida,
                     JC, Finance, Fairbanks Clerk, Garry, John Haley

33 -   1  11/02/00   [Re: DEF 1] TEF Minute Order re: plf may have until 11/7/00 in which to
                     file a response to objections to R&R.  cc:S. Cooper, Sue Ellen Tatter
                     (by fax),Judge Holland.

---

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F00-0028--CR (HRH)
                            "USA V MARVIN LAMAR WRIGHT"
```

---

For all filing dates

---

Document #    Filed       Docket text

---

34 -   1   11/07/00   [Re: DEF 1] PLF 1 Response to Order re: def's objections to report and
                      recommendation.

35 -   1   11/29/00   [Re: DEF 1]  Partial Transcript re: continued evidentiary hrg held
                      10/27/00. (transcript in expando file)

36 -   1   01/08/01   Final R&R re: DEF 1 motion to suppress evidence (16-1). Mag Judge still
                      recommends mot be denied. cc: Cooper, Tatter, PO, USM, Judge Holland

37 -   1   01/11/01   [Re: DEF 1] HRH Order denying motion to suppress evidence (16-1). cc:
                      USA, FPD, MJ Fenton

38 -   1   01/22/01   {SEALED}

39 -   1   01/24/01   [Re: DEF 1] HRH Minute Order rescheduling TBJ for PCOP on 1/29/01 at
                      11:15 in Fairbanks. cc: USA, USM, PO, FPD, MJ Fenton, JC

40 -   1   01/26/01   [Re: DEF 1] PLF 1 (Notice of) Information under Title 21 USC 851.

41 -   1   01/29/01   {SEALED}

42 -   1   01/29/01   {SEALED}

43 -   1   03/21/01   HRH Minute Order that 4/20/01 IOS to commence at 1:00 p.m. at Fairbanks.
                      cc: USA, S. Tatter, USM, USPO, MJ Fenton, ECR, Divisional Deputy

44 -   1   04/13/01   {SEALED}

45 -   1   04/16/01   {SEALED}

46 -   1   04/17/01   {SEALED}

47 -   1   04/17/01   {SEALED}

48 -   1   04/24/01   {SEALED}

49 -   1   04/24/01   {SEALED}

50 -   1   05/21/01   {SEALED}

51 -   1   07/13/01   DEF 1 motion (petition) for writ of H/C under 28:2255

52 -   1   07/13/01   Application to proceed without prepayment of fees.

53 -   1   07/13/01   DEF 1 motion for appointment of counsel.

54 -   1   07/25/01   [Re: DEF 1] Return of WOA executed on 7/13/01 at Fairbanks.

55 -   1   08/10/01   [Re: DEF 1] HRH Order directing service & response re 2255; granting
                      motion for appointment of counsel (53-1), CJA to be appointed; amended
                      pet/notice of none due 9/10/01; USA to answer by 11/9/01; referred to MJ
                      Branson per 4/5/11. cc: USA (w/cy pet), M. Wright, FPD/CJA, MJ Branson,
                      PSLC

56 -   1   09/10/01   DEF 1 unopposed motion to voluntarily dismiss 2255 motion w/att aff.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F00-0028--CR (HRH)
"USA V MARVIN LAMAR WRIGHT"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 57 - 1 | 09/18/01 | [Re: DEF 1] JWS Order granting motion to voluntarily dismiss 2255 motion (56-1); withdrawing petition for writ of H/C under 28:2255 (51-1) without prejudice. cc: USA, FPD, MJ Branson |
| 58 - 1 | 10/29/01 | {SEALED} |
| NOTE - 4 | 08/02/02 | Notation: Lodged copies of: 1. App to proceed IFP, 1. Mot for appointment on cnsl, 3. Mot under 2255.  Rec'd from FPD w cover letter. |
| 59 - 1 | 08/13/02 | [Re: DEF 1] HRH Order that FPD or CJA cnsl appt'd; cnsl to file 28:2255 by 9/12/02; USA to answer by 11/12/02; referred to MJ Branson. cc: USA, FPD/CJA, MJ Branson |
| 60 - 1 | 08/14/02 | [Re: DEF 1] Clerk's Notice that at direction of chief judge Singleton effective 6/24/02 MJ referrals in Fbks cases were to be reassigned to MJ Miller; accordingly referral of mot under 28:2255 to MJ Branson is reassigned to MJ Miller.  cc: USA, FPD, Judge Holland, MJ Miller |
| 61 - 1 | 09/12/02 | DEF 1 motion to stay briefing schedule for 120 days w/att aff |
| 62 - 1 | 09/17/02 | {SEALED} |
| 63 - 1 | 09/18/02 | {SEALED} |
| 64 - 1 | 09/20/02 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to unseal hearings of change of plea and sentencing. (62-1) |
| 65 - 1 | 10/17/02 | [Re: DEF 1] JWM Minute Order scheduling hearing re: Def motion to stay briefing schedule for 10/25/02 at 10:00 a.m. cc: Cooper, Tatter, FPD, USM |
| 66 - 1 | 10/25/02 | [Re: DEF 1] JWM Court Minutes [ECR: Kathleen Tompkins] from hearing re: Motion to stay proceedings 120 days held 10/25/02:  Motion to stay briefing schedule for 120 days (61-1) [Re: DEF 1] is granted in part. FPD to substitute CJA counsel no later than 11/15/02.  Plaintiff is directed to file motion to dismiss based upon successive petitions due no later than 11/22/02. Further proceedings set for 12/13/02 at 9:00 a.m. and briefing dates will be set at that time. cc: Cooper, Tatter, USM, FPO, Judge Holland |
| 67 - 1 | 10/30/02 | DEF 1 CJA appointment of Scott A. Sterling. |
| 68 - 1 | 11/22/02 | [Re: DEF 1] PLF 1 motion to Dismiss Second Section 2255 Petition Lacking Circuit Certification. |
| 69 - 1 | 11/25/02 | DEF 1 motion for Permission to Appear Telephonically at 12/13/02 status hearing. |
| 70 - 1 | 12/13/02 | [Re: DEF 1] JWM Order granting motion for Permission to Appear Telephonically at 12/13/02 status hearing (69-1). cc: Cooper, Sterling, FPO, USM, Judge Holland |
| 71 - 1 | 12/16/02 | [Re: DEF 1] JWM Court Minutes [ECR: Kathleen Tompkins] from Scheduling Conference (held 12/13/02):  Oppo to motion to dismiss at dkt 68 due 01/15/03, and reply by plaintiff due 02/07/03.  Any new motions by defendant due  by 01/15/03 w oppo due 02/07/03 and reply 02/14/03. cc: cnsl, Judge Holland |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F00-0028--CR (HRH)
"USA V MARVIN LAMAR WRIGHT"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 72 - 1 | 01/22/03 | DEF 1 Unopposed motion to extend the deadline for defendant to file opposition to US Atty's motion to dismiss and any amended petition from January 15 to February 15, 2003. |
| 73 - 1 | 01/23/03 | [Re: DEF 1] JWM Order granting Stipulation to extend deadline for defendant to file opposition to February 15, 2003 (72-1). |
| 74 - 1 | 02/14/03 | DEF 1 oppo to [Re: DEF 1] PLF 1 motto Dismiss Second Section 2255 Pet Lacking Circuit Certification (68-1) w/att aff. |
| 75 - 1 | 02/14/03 | DEF 1 motion (amended) for relief from sentence under 28 USC 2255. |
| 76 - 1 | 02/20/03 | [Re: DEF 1] PLF 1 reply to opposition to [Re: DEF 1] PLF 1 motion to Dismiss Second Section 2255 Petition Lacking Circuit Certification (68-1). |
| 77 - 1 | 02/21/03 | [Re: DEF 1] PLF 1 motion to Dismiss Amended Motion for Sec. 2255 Relief. |
| 77 - 2 | 02/21/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion (amended) for relief from sentence under 28 USC 2255 (75-1). |
| 78 - 1 | 09/02/03 | DEF 1 Address Change Notice. |
| 79 - 1 | 09/12/03 | Initial R&R recommends DENYING re: [Re: DEF 1] PLF 1 motion to Dismiss Second Section 2255 Petition Lacking Circuit Certification. (68-1). Objections due 09/26/03. Reply due 10/03/03. cc:cnsl, Judge Holland |
| 79 - 2 | 09/12/03 | Initial R&R recommends GRANTING re: [Re: DEF 1] PLF 1 motion to Dismiss Amended Motion for Sec. 2255 Relief. (77-1). Objections due 09/26/03. Reply due 10/03/03. cc: csnl, Judge Holland |
| 80 - 1 | 09/25/03 | DEF 1 objection to R&R re: [Re: DEF 1] PLF 1 motion to Dismiss Second Section 2255 Petition Lacking Circuit Certification (68-1),  PLF 1 motion to Dismiss Amended Motion for Sec. 2255 Relief (77-1) |
| 81 - 1 | 10/02/03 | [Re: DEF 1] PLF 1 reply to objection to R&R re: [Re: DEF 1] PLF 1 motion to Dismiss Second Section 2255 Petition Lacking Circuit Certification. (68-1), [Re: DEF 1] PLF 1 motion to Dismiss Amended Motion for Sec. 2255 Relief. (77-1), |
| 82 - 1 | 10/10/03 | Final R&R declines to modify Initial R&R re: [Re: DEF 1] PLF 1 motion to Dismiss Second Section 2255 Petition Lacking Circuit Certification (68-1), [Re: DEF 1] PLF 1 motion to Dismiss Amended Motion for Sec. 2255 Relief. (77-1).  cc: USA, S. Sterling, Judge Holland |
| 83 - 1 | 10/29/03 | [Re: DEF 1] HRH Order denying motion to Dismiss Second Section 2255 Petition Lacking Circuit Certification (68-1), motion (amended) for relief from sentence under 28 USC 2255 (75-1); granting gvt's motion to Dismiss Amended Motion for Sec. 2255 Relief (77-1); jmt to be entered dismissing def's amended petition for relief (28:2255). cc: USA, S. Sterling, MJ Miller |
| 84 - 1 | 10/30/03 | [Re: DEF 1] HRH civil judgment dismissing 28:2255. cc: USA, S. Sterling, MJ Miller, O&J 11608 |
| 85 - 1 | 11/03/03 | DEF 1 appeal to 9CCA of (83-1) filed 10/29/03, (84-1) filed 10/30/03. cc:cnsl, Judge, 9CCA |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F00-0028--CR (HRH)
                          "USA V MARVIN LAMAR WRIGHT"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| NOTE -  5 | 11/05/03 | Notation: Memo re: Certificate of Appealability to Judge Holland. |
| 86 -  1 | 11/13/03 | [Re: DEF 1] Order by USDC denying applicationn re: certificate of appealability (85-1).  cc:cnsl |
| NOTE -  6 | 12/02/03 | Transmittal: Forwarded D.C. record to 9CCA consisting of 2 volumes via FEDEX |
| 87 -  1 | 04/29/04 | {SEALED} |
| 88 -  1 | 06/04/04 | [Re: DEF 1] HRH Order the court will reduce the 11/7/02 entries to a total of seven hours.  If this is acceptable to counsel, the court will approve the voucher as submitted with appropriate reduction. Otherwise, cnsl shall submit to the court a detailed explanation of the entries. Counsel may request a hearing.  cc: S. Sterling, CJA FPD Clerk |
| 89 -  1 | 06/08/04 | {SEALED} |
| 87 -  2 | 06/09/04 | {SEALED} |