

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAR 0 2 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MARVIN WRIGHT,<br><br>Defendant - Appellant. | No. 03-35940<br><br>D.C. No. CV-01-00022-HRH<br>CR-00-00028-HRH<br>District of Alaska, Fairbanks<br><br>ORDER |

Before: PAEZ and TALLMAN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

S:\RESEARCH\COA's\Orders\GJ\August2003-\03-35940(Wright-v-US-Order).wpd